UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOYNEKA N. JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:18-CV-49-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 43]. In sum, the court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 35], DENIES defendant's motion for judgment on the pleadings [D.E. 40], and REMANDS the action to the Commissioner pursuant to 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on June 27, 2019, and Copies To:**
Jonathan P. Miller                                         (via CM/ECF electronic notification)
Mark J. Goldenberg                                       (via CM/ECF electronic notification)

DATE:                                                PETER A. MOORE, JR., CLERK
June 27, 2019                                 (By) /s/ Nicole Sellers
                                                              Deputy Clerk