IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-49-D

JOYNEKA N. JONES )
 )
    Plaintiff, )
 )
v. ) ORDER GRANTING ATTORNEY'S
 ) FEES PURSUANT TO
ANDREW SAUL, ) 42 U.S.C § 406(b)
Commissioner of Social Security, )
 )
    Defendant. )
_____ )

On June 27, 2019, a Judgment and an Order were entered and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). On October 15, 2019, Administrative Law Judge Vincent Hill issued a Fully Favorable Decision granting Plaintiff her Supplemental Security Income benefits.

Pending before this Court is attorney Jonathan P. Miller's (Plaintiff's Counsel) Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b). Plaintiff's Counsel requests an award of attorney fees in the amount of $14,707.68. Plaintiff's Counsel has also acknowledged that the $6,239.16 awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 should be returned to Plaintiff.

Plaintiff's Counsel's Motion is hereby GRANTED. Defendant is Ordered to pay $14,707.68 to Plaintiff's Counsel, Jonathan P. Miller, pursuant to 42 U.S.C. § 406(b) for work performed in Federal District Court. Plaintiff's Counsel is Ordered to return the $6,293.16 in EAJA fees to Plaintiff.

1

SO ORDERED. This **25**day of March 2020

                                                    */s/ J. Dever*
                                                    JAMES C. DEVER III
                                                    United States District Judge